119 P.3d 623

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**September 9, 2005**

| 25859 | Ochs v. Hawaii Medical Service Ass'n | Affirmed |

**September 12, 2005**

| 26518 | Kaneshiro v. Rapozo; Does v. Sakata | Dismissed |

**September 16, 2005**

| 26041 | Mishima v. Ibera | Affirmed |